No. 623, Misc. CRAIG *v.* INDIANA. C. A. 7th Cir. Certiorari denied.

No. 639, Misc. LUPO *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied. *John C. Lankenau* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, *Barry Mahoney,* Assistant Attorney General, and *Lillian Z. Cohen,* Deputy Assistant Attorney General, for respondent.

No. 647, Misc. GRAY *v.* WILSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 672, Misc. CAMPBELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 673, Misc. ANTHONY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 680, Misc. RIVERA *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. *Leon B. Polsky* for petitioner.

No. 696, Misc. PORTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 628, Misc. LESER ET AL. *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit and for other relief denied. *Morris Lavine* for petitioners. *Solicitor General Cox* for the United States.